UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT C. HENNING,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:19-CV-05911-RAJ<br><br><br><br>~~PROPOSED~~ ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge should:

- Reevaluate the severity and nature of the claimant's impairment chronic fatigue syndrome and its effects pursuant to Social Security Ruling 14-1p;
- Reevaluate the medical evidence of record, the claimant's subjective complaints, the lay witness testimony, and the residual functional capacity;
- Obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy;

Page 1     ~~PROPOSED~~ ORDER - [3:19-CV-05911-RAJ]

- Offer the claimant an opportunity for a new hearing, take any further action needed to complete the administrative record, and issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 11th day of February, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge