UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
~~TACOMA~~ Seattle DIVISION

| | |
|---|---|
| VINCENT C. HENNING,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:19-CV-05911-RAJ<br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on FEB. 11, 2020.

JUDGMENT is entered for Plaintiff, and this case is closed.

Dated this 11th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE

Page 1    JUDGMENT - [3:19-CV-05911-RAJ