U.S. District Court Judge RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT C. HENNING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. C19-5911-RAJ<br><br>~~PROPOSED~~ ORDER FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney

~~PROPOSED~~ ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-5911 RAJ]
- Page 1

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

fees of $16,593.90 pursuant to 42 U.S.C. § 406(b). Counsel will refund directly to Plaintiff the $4,546.05 in EAJA fees previously received.

DATED this the 18th day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

~~PROPOSED~~ ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C19-5911 RAJ]
- Page 2

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276